IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| LOUIS PENNELL, JR., and § | | PLAINTIFF |
| PAMELA PENNELL § | | |
| § | | |
| § | | |
| v. § | Civil No. 1:10-cv-00582-HSO-JMR | |
| § | | |
| § | | |
| WELLS FARGO BANK, N.A., § | | |
| WELLS FARGO HOME MORTGAGE, § | | |
| MORRIS & ASSOCIATES, § | | |
| and JOHN AND JANE DOES 1-10 § | | DEFENDANTS |

## FINAL JUDGMENT

This matter came on to be heard on the Motion for Summary Judgment filed by Defendants Wells Fargo Bank, N.A. ("Wells Fargo Bank"), and Wells Fargo Home Mortgage ("WFHM"). The Court, after a full review and consideration of the parties' submissions, the pleadings on file and the relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that judgment is rendered in favor of Defendants Wells Fargo Bank, N.A. ("Wells Fargo Bank"), and Wells Fargo Home Mortgage ("WFHM"), pursuant to FED. R. CIV. P. 56. This Civil Action is hereby dismissed with prejudice. All remaining pending motions are hereby denied as moot.

**SO ORDERED AND ADJUDGED**, this the 12th day of July, 2012.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE